| | |
|---|---|
| Ira Bodenstein<br>Shaw Gussis<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654<br>(312) 662-2861<br>Chapter 7 Trustee | The Honorable: EUGENE R. WEDOFF<br>Chapter 7<br><br>Hearing Date: 09/03/2013<br>Hearing Time: 10:00 a.m. |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | | |
|---|---|---|---|
| In re: | FRANCO, GIANARDO J<br>FRANCO, MONA | §<br>§<br>§ | Case No. 12-15975 |
| Debtor(s) | | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Ira Bodenstein</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 09/03/2013 in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

| | | |
|---|---|---|
| Date Mailed: 08/01/2013 | By: | Ira Bodenstein<br>Trustee |

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 662-2861
**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | EUGENE R. WEDOFF |
| Shaw Gussis | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | Location: | |
| Chicago, IL 60654 | Hearing Date: | / / |
| (312) 662-2861 | Hearing Time: | |
| Chapter 7 Trustee | Response Date: | / / |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: FRANCO, GIANARDO J § Case No. 12-15975
     FRANCO, MONA §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $    22,085.00

*and approved disbursements of*     $    84.78

*leaving a balance on hand of* [1]     $    22,000.22

**Balance on hand:**     $    22,000.22

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $    0.00
Remaining balance:     $    22,000.22

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 2,958.50 | 0.00 | 2,958.50 |

Total to be paid for chapter 7 administration expenses:     $    2,958.50
Remaining balance:     $    19,041.72

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 19,041.72

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 19,041.72

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,767.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 73.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Portfolio Investments II LLC | 1,370.39 | 0.00 | 1,012.68 |
| 2 | Midland Funding LLC | 122.10 | 0.00 | 90.23 |
| 3 | FIA CARD SERVICES, N.A. | 3,723.00 | 0.00 | 2,751.19 |
| 4 | FIA CARD SERVICES, N.A. | 4,607.63 | 0.00 | 3,404.91 |
| 5 | PYOD, LLC its successors and assigns as assignee | 15,944.75 | 0.00 | 11,782.71 |

Total to be paid for timely general unsecured claims: $ 19,041.72
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 662-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-15975-ERW
Gianardo J Franco                                                       Chapter 7
Mona Franco
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley            Page 1 of 2              Date Rcvd: Aug 02, 2013
                              Form ID: pdf006          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2013.
```
db/jdb     +Gianardo J Franco,   Mona Franco,   1321 HIGHLAND AVE,   Berwyn, IL 60402-1128
18797710   +Bank Of America,   Attn: Bankruptcy Dept.,   Pob 17054,   Wilmington, DE 19884-0001
18797697   +Bank of America, N.A.,   Attn: Bankruptcy Dept.,   450 American St,   Simi Valley, CA 93065-6285
18797703   +CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
18797704   +CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,   Sioux Falls, SD 57117-6241
18797698   +Clerk, Chancery,   Doc#10ch09644,   50 W. Washington St., Room 802,   Chicago, IL 60602-1305
18797705   +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
18797706   +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
19427050    FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
18797709  ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
            (address filed with court: HSBC/Bestbuy,    Attn: Bankruptcy Dept.,   Po Box 15519,
            Wilmington, DE 19850)
18797712   +HSBC Bank,   Attn: Bankruptcy Dept.,   Po Box 5253,   Carol Stream, IL 60197-5253
18797700   +HSBC/Carson,   Attn: Bankruptcy Dept.,   Po Box 15521,   Wilmington, DE 19850-5521
18797702   +Macys/dsnb,   Attn: Bankruptcy Dept.,   9111 Duke Blvd,   Mason, OH 45040-8999
19927295    Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
            Miami, FL 33131-1605
18797696   +Nationwide Credit & CO,   Attn: Bankruptcy Dept.,   9919 W Roosevelt Rd,
            Westchester, IL 60154-2774
18797699   +Pierce & Associates,   Attn: Bankruptcy Department,   1 N. Dearborn St. #1300,
            Chicago, IL 60602-4373
18797707   +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
18797701   +Wfnnb/NY&C,   Attn: Bankruptcy Dept.,   220 W Schrock Rd,   Westerville, OH 43081-2873
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19361631    E-mail/PDF: rmscedi@recoverycorp.com Aug 03 2013 00:26:32     GE Capital Retail Bank,
            c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
18797708   +E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2013 00:45:23     GEMB/Care Credit,
            Attn: Bankruptcy Dept.,   Po Box 981439,   El Paso, TX 79998-1439
19582219   +E-mail/Text: resurgentbknotifications@resurgent.com Aug 03 2013 00:21:06
            PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
            PO Box 19008,   Greenville, SC 29602-9008
20354559    E-mail/PDF: rmscedi@recoverycorp.com Aug 03 2013 00:25:20     Portfolio Investments II LLC,
            c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
19927296    E-mail/PDF: rmscedi@recoverycorp.com Aug 03 2013 00:26:32
            Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
            Miami, FL 33131-1605
                                                                                              TOTAL: 5

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18797711*    +Bank Of America,   Attn: Bankruptcy Dept.,   Pob 17054,   Wilmington, DE 19884-0001
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2013**            **Signature:**     *Joseph Speetjens*

```
District/off: 0752-1          User: mhenley              Page 2 of 2              Date Rcvd: Aug 02, 2013
                              Form ID: pdf006            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2013 at the address(es) listed below:

          Andrew J Nelson    on behalf of Creditor    Bank Of America, N.A. anelson@atty-pierce.com, northerndistrict@atty-pierce.com
          Ira  Bodenstein    iratrustee@shawfishman.com,    IL29@ecfcbis.com;cowens@shawfishman.com
          Jonathan D Parker    on behalf of Debtor Gianardo J Franco ndil@geracilaw.com
          Jonathan D Parker    on behalf of Joint Debtor Mona  Franco ndil@geracilaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                                   TOTAL: 5