# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: FRANCO, GIANARDO J § Case No. 12-15975
   FRANCO, MONA § 
    §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00       Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $19,041.72    Claims Discharged
                 Without Payment: $28,907.62

Total Expenses of Administration: $3,043.28

---

  3) Total gross receipts of $ 22,085.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $22,085.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,043.28 | 3,043.28 | 3,043.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 44,065.00 | 25,767.87 | 25,767.87 | 19,041.72 |
| **TOTAL DISBURSEMENTS** | $44,065.00 | $28,811.15 | $28,811.15 | $22,085.00 |

    4) This case was originally filed under Chapter 7 on April 19, 2012. The case was pending for 18 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/14/2013      By: /s/Ira Bodenstein
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance from Donald Biernat Trust Dtd 4/12/05 | 1290-000 | 22,085.00 |
| **TOTAL GROSS RECEIPTS** | | **$22,085.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 2,958.50 | 2,958.50 | 2,958.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 20.17 | 20.17 | 20.17 |
| Rabobank, N.A. | 2600-000 | N/A | 22.23 | 22.23 | 22.23 |
| Rabobank, N.A. | 2600-000 | N/A | 32.38 | 32.38 | 32.38 |

**UST Form 101-7-TDR (10/1/2010)**

| | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,043.28 | $3,043.28 | $3,043.28 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Portfolio Investments II LLC | 7100-000 | 956.00 | 1,370.39 | 1,370.39 | 1,012.68 |
| 2 | Midland Funding LLC | 7100-000 | 58.00 | 122.10 | 122.10 | 90.23 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | 3,325.00 | 3,723.00 | 3,723.00 | 0.00 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | 3,989.00 | 4,607.63 | 4,607.63 | 6,156.10 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 15,104.00 | 15,944.75 | 15,944.75 | 11,782.71 |
| NOTFILED | HSBC/Carson | 7100-000 | 49.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/Bestbuy | 7100-000 | 1,783.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Credit & CO | 7100-000 | 203.00 | N/A | N/A | 0.00 |
| NOTFILED | Macys/dsnb | 7100-000 | 1,939.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank | 7100-000 | 13,561.00 | N/A | N/A | 0.00 |
| NOTFILED | Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE | 7100-000 | 3,098.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $44,065.00 | $25,767.87 | $25,767.87 | $19,041.72 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-15975  
**Case Name:** FRANCO, GIANARDO J  
FRANCO, MONA  
**Period Ending:** 11/14/13

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 04/19/12 (f)  
**§341(a) Meeting Date:** 06/22/12  
**Claims Bar Date:** 11/19/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Inheritance from Donald Biernat Trust Dtd4/12/05 (u) | 0.00 | 0.00 | | 22,085.00 | FA |
| **1   Assets   Totals** (Excluding unknown values) | **$0.00** | **$0.00** | | **$22,085.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Prepare and file TFR.

**Initial Projected Date Of Final Report (TFR):**   June 30, 2013      **Current Projected Date Of Final Report (TFR):**   August 1, 2013 (Actual)

Printed: 11/14/2013 09:37 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-15975 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | FRANCO, GIANARDO J | | Bank Name: | Rabobank, N.A. |
| | FRANCO, MONA | | Account: | ****452266 - Checking Account |
| Taxpayer ID #: | **-***3701 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/14/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/20/13 | {1} | Gianardo & Mona Franco | Inheritance from Donald Biernat Trust Dated 4/12/05 | 1290-000 | 14,520.00 | | 14,520.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 14,510.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.17 | 14,489.83 |
| 04/30/13 | {1} | Terrance J. Biernat, Trustee | Inheritance from Donald Biernat Trust dated 4/12/05 | 1290-000 | 7,565.00 | | 22,054.83 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.23 | 22,032.60 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.38 | 22,000.22 |
| 09/04/13 | 101 | Ira Bodenstein | Trustee compensation TFR approved 9/3/2013 | 2100-000 | | 2,958.50 | 19,041.72 |
| 09/04/13 | 102 | FIA CARD SERVICES, N.A. | Ref # XXXXX7323 | 7100-000 | | 2,751.19 | 16,290.53 |
| 09/04/13 | 103 | FIA CARD SERVICES, N.A. | Ref # XXXXX7323 | 7100-000 | | 3,404.91 | 12,885.62 |
| 09/04/13 | 104 | Midland Funding LLC | Ref # XXXXX2281 | 7100-000 | | 90.23 | 12,795.39 |
| 09/04/13 | 105 | PYOD, LLC its successors and assigns as assignee | Ref # XXXXX2281 | 7100-000 | | 11,782.71 | 1,012.68 |
| 09/04/13 | 106 | Portfolio Investments II LLC | Ref # XXXXX7323 | 7100-000 | | 1,012.68 | 0.00 |
| | | | ACCOUNT TOTALS | | 22,085.00 | 22,085.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 22,085.00 | 22,085.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $22,085.00 | $22,085.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****452266 | 22,085.00 | 22,085.00 | 0.00 |
| | $22,085.00 | $22,085.00 | $0.00 |

{} Asset reference(s)

Printed: 11/14/2013 09:37 AM    V.13.13